AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Koeltl, John G. | U.S.D.C. Southern District-NY | 05/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl St. Room 1030
New York, New York 10007-1581

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

---

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Koeltl, John G.**

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2010 | NEW YORK UNIVERSITY - TEACHING | $20,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | June 17, 2010 - June 19, 2010 | British Columbia, Canada | Spring Leadership Meeting - ABA Litigation Seminar | Lodging, meals, and travel |
| 2. | Federal Bar Council | October 01, 2010 - October 03, 2010 | Cranwell, Massachusetts | Federal Bench and Bar Retreat | Lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOHNSON & JOHNSON - COMMON | D | Dividend | M | T | Donated (part) | | | | |
| 2. PFIZER INC. - COMMON | C | Dividend | L | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC - COMMON | C | Dividend | L | T | | | | | |
| 4. AMERICAN GROWTH FUND OF AMERICA CL C - MUTUAL FUND | A | Dividend | K | T | Sold (part) | 10/12/10 | K | | |
| 5. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 6. FEDERATED KAUFMANN FUND CL C - MUTUAL FUND | A | Dividend | L | T | | | | | |
| 7. FRANKLIN INCOME FUND CL C | B | Dividend | L | T | Buy | 07/20/10 | L | | |
| 8. OPPENHEIMER INT'L BOND FUND CL C - MUTUAL FUND | C | Dividend | M | T | | | | | |
| 9. OPPENHEIMER VALUE FUND CL C - MUTUAL FUND | | None | | | Sold | 07/20/10 | L | | |
| 10. OPPENHEIMER DEV. MARKETS FUND CL C - MUTUAL FUND | | None | M | T | | | | | |
| 11. MERRILL LYNCH CMA MONEY FUND - N.Y.,N.Y. | A | Interest | K | T | Sold (part) | 12/31/10 | J | | Net Decrease To MM Fund |
| 12. N.Y. STATE MTG AGY BOND SER 80 5.10% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 13. NY NY TRANS FIN ATRV FUT B BOND 4.75% DUE 11/15/23 | A | Interest | | | Redeemed | 03/01/10 | J | A | |
| 14. N.Y. STATE ENGY RESH BOND 5.5% DUE 01/01/21 | C | Interest | L | T | | | | | |
| 15. N.Y. STATE MTG ACGY REV BOND 5.05% DUE 10/01/17 | C | Interest | L | T | | | | | |
| 16. NY NY CY TRANSITNL BOND 5% DUE 05/01/25 | A | Interest | | | Sold | 06/08/10 | K | A | |
| 17. N.Y. STATE SER H BOND 5.125% DUE 08/01/25 | A | Interest | | | Redeemed | 01/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NY NY TRANSITNL AT BOND 5% DUE 05/01/26 | A | Interest | | | Redeemed | 03/01/10 | J | | |
| 19. N.Y. CITY MUN WTR BOND 5% DUE 06/15/29 | C | Interest | L | T | | | | | |
| 20. NEW YORK NY TCRS BOND 5% DUE 03/15/29 | A | Interest | | | Redeemed | 01/26/10 | J | A | |
| 21. NY CITY CY TRANS BOND 5% DUE 05/01/31 | A | Interest | K | T | | | | | |
| 22. N.Y STATE SER C BOND 4.4% DUE 04/15/21 | A | Interest | K | T | | | | | |
| 23. N.Y. STATE NY SER F BOND 5.3% DUE 01/15/26 | B | Interest | K | T | | | | | |
| 24. N.Y. STATE DORM. AUTH. 4.75% REV ST JOHNS BOND DUE 07/01/28 | B | Interest | K | T | | | | | |
| 25. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | K | T | | | | | |
| 26. NY NY TRANSITNL FIN AUTH BOND 4.75% DUE 05/01/23 | A | Interest | | | Redeemed | 03/01/10 | K | | |
| 27. NY NY CY TRANSTNL FIN ATRV BOND 5% DUE 02/01/33 | B | Interest | K | T | | | | | |
| 28. SUFFOLK CTY BOND 4.125% DUE 11/01/21 | B | Interest | L | T | | | | | |
| 29. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | B | Interest | K | T | | | | | |
| 30. ST. LAWRENCE CTY BOND 4.25% DUE 05/15/28 | B | Interest | K | T | | | | | |
| 31. NEW YORK NY SUBSER SER 1-1 4.125% DUE 02/01/23 | C | Interest | L | T | | | | | |
| 32. NY ST DORM AT RV ST BOND 5% DUE 02/15/24 | B | Interest | L | T | | | | | |
| 33. EAST HAMPTON NY BOND 4% DUE 06/15/25 | B | Interest | K | T | | | | | |
| 34. NY ST DORM AT RV ST BOND 5% DUE 02/15/27 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NEW YORK ST URBAN DEV BOND 4.25% DUE 03/15/27 | B | Interest | K | T | | | | | |
| 36. NEW YORK ST HFA PERS INC BOND 5% DUE 09/15/30 | B | Interest | K | T | | | | | |
| 37. NEW YORK NY SUBSER SER C-1 BOND 4.5% DUE 10/01/23 | B | Interest | K | T | | | | | |
| 38. N.Y. STATE DORM. AUTH. REV MEM SLOAN BOND 5% DUE 07/01/26 | B | Interest | K | T | | | | | |
| 39. TRIBOR. BRIDGE & TUNNEL BOND 4.75% DUE 11/15/30 | B | Interest | L | T | | | | | |
| 40. NEW YORK NY SUBSER J-1 BOND 5% DUE 05/15/31 | B | Interest | L | T | | | | | |
| 41. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/32 | B | Interest | K | T | | | | | |
| 42. N.Y. CITY MUN WTR BOND 5% DUE 06/15/34 | C | Interest | L | T | | | | | |
| 43. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/36 | B | Interest | K | T | | | | | |
| 44. N.Y. CITY MUN WTR BOND 4.75% DUE 06/15/37 | C | Interest | L | T | | | | | |
| 45. TRIBOR. BRIDGE & TUNNEL BOND 5% DUE 11/15/37 | C | Interest | L | T | | | | | |
| 46. N.Y. CITY MUN WTR BOND 5% DUE 06/15/38 | B | Interest | K | T | | | | | |
| 47. N.Y. STATE HSG FIN AGY BOND 4.9% DUE 11/01/38 | B | Interest | K | T | | | | | |
| 48. N.Y. CITY MUN ATR BOND 4.5% DUE 06/15/39 | C | Interest | L | T | | | | | |
| 49. LONG ISLAND PWR AUTH NY BOND 4.25% DUE 05/01/33 | A | Interest | K | T | Buy | 06/08/10 | K | | |
| 50. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |
| 51. MERRILL LYNCH (IRA ACCOUNT) - AMERICAN CAPITAL G&I FUND CL C | A | Dividend | | | Sold | 04/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH (IRA ACCOUNT) - OPPENHEIMER INT'L BOND FUND CL | A | Dividend | J | T | Buy | 04/20/10 | J | | |
| 53. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT | A | Interest | K | T | Sold (part) | 12/31/10 | M | | Net Decrease to MM Fund |
| 54. MERRILL LYNCH (IRA ROLLOVER) - INVESCO INT'L FUND CL A | B | Dividend | M | T | | | | | Formerly Aim Int'l Fund |
| 55. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND CL A | | None | L | T | | | | | |
| 56. MERRILL LYNCH (IRA ROLLOVER) - PUTNAM INT'L CAP OPP FUND CLA | B | Dividend | M | T | Buy (add'l) | 12/27/10 | J | | |
| 57. MERRILL LYNCH(IRA ROLLOVER)- AMER. CAP INC BLDR FUND CL A | D | Dividend | M | T | Sold (part) | 04/15/10 | L | | |
| 58. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL C | A | Dividend | L | T | | | | | |
| 59. MERRILL LYNCH (IRA ROLLOVER) - AMER. GWTH FUND OF AMER CL C | A | Dividend | L | T | Buy (add'l) | 12/23/10 | J | | |
| 60. MERRILL LYNCH (IRA ROLLOVER) - FED. KAUFMANN FUND CL C | A | Dividend | M | T | | | | | |
| 61. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER SELECT VALUE FUND | | None | M | T | | | | | |
| 62. MERRILL LYNCH (IRA ROLLOVER) - OPPENHEIMER VALUE FUND CL C | A | Dividend | L | T | Sold (part) | 07/23/10 | K | | |
| 63. | | | | | Buy (add'l) | 12/06/10 | J | | |
| 64. MERRILL LYNCH(IRA ROLLOVER)- MAINSTAY LARGE CAP FUND CL C | | None | M | T | | | | | |
| 65. MERRILL LYNCH(IRA ROLLOVER)- ALGER CAP APPREC FUND CL C | | None | M | T | Buy (add'l) | 01/25/10 | K | | |
| 66. | | | | | Buy (add'l) | 04/15/10 | K | | |
| 67. MERRILL LYNCH(IRA ROLLOVER)- LOOMIS SAYLES INV BOND FD CL C | D | Dividend | M | T | | | | | |
| 68. MERRILL LYNCH(IRA ROLLOVER)- PIMCO COMM RR STRATEGY FD CL C | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MERRILL LYNCH(IRA ROLLOVER)- FRANKLIN INCOME FD CL C | A | Dividend | K | T | Buy | 07/20/10 | K | | |
| 70. MERRILL LYNCH(IRA ROLLOVER)- BLACKROCK GLOBAL ALLOC FUND C | A | Dividend | M | T | Buy | 04/15/10 | L | | |
| 71. MERRILL LYNCH(IRA ROLLOVER)- OPPENHEIMER INT'L BOND FND CL C | A | Dividend | K | T | Buy | 04/15/10 | K | | |
| 72. MERRILL LYNCH(IRA ROLLOVER)- OPPENHEIMER DEV. MKTS FUND CL C | | None | L | T | Buy | 01/20/10 | K | | |
| 73. US TREASURY DIRECT - US TREASURY NOTES | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 74. HSBC BANK - MONEY MARKET ACCTS. - BUFFALO,N.Y. | A | Interest | J | T | | | | | SEE PART VIII COMMENT |
| 75. MICHAEL NAYLOR, PERSONAL LOAN | | None | J | T | Open | 07/07/10 | J | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - COMMENTS


1) INVESTMENTS REPORTED ON LINES 73 AND 74 RELATE TO A TREASURY NOTE ACCOUNT AND A CASH ACCOUNT HELD AT A BANK ON WHICH I AM NAMED CO-OWNNER▓▓▓▓▓▓▓ AS A CONVENIENCE TO▓▓ THE ACCOUNTS WERE FUNDED COMPLETELY BY▓▓ ▓▓▓AND ALL EARNINGS ON THESE ACCOUNTS ARE REPORTED▓▓▓ DUE TO MY LISTED JOINT OWNERSHIP I AM REPORTING THE ACCOUNTS AND INCOME AT THE TOTAL VALUE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Koeltl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544